UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THOMPSON,<br><br>                                  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                  Defendants. | Case No.:  24-cv-1873-W-SBC<br><br>**ORDER RESETTING PRETRIAL CONFERENCE AND RELATED DATES** |

At the request of the parties, and in view of the continuation of the Mandatory Settlement Conference on May 6, 2026, the Pretrial Conference and related dates are RESET as follows:

| Deadline/Event | Current Deadline/Date | Revised Deadline/Date |
|---|---|---|
| Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) | March 23, 2026 | May 22, 2026 |
| Meeting of counsel pursuant to Local Rule 16.1(f)(4) | March 30, 2026 | June 1, 2026 |
| Proposed pretrial order due from counsel | April 6, 2026 | June 8, 2026 |
| Proposed Final Pretrial Conference Order lodging | April 13, 2026 | June 15, 2026 |
| Informal letter briefs due | April 22, 2026, by 2:30 p.m. | June 24, 2026, by 2:30 p.m. |

1

| | | |
|---|---|---|
| Pretrial Conference | April 27, 2026, at 10:30 a.m. | June 29, 2026, at 10:30 a.m. |

All other guidelines and requirements remain as previously set. *See* Dkt. No. 10.

**IT IS SO ORDERED**.

Dated:  March 5, 2026

Hon. Steve B. Chu
United States Magistrate Judge

24-cv-1873-W-SBC